1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSHUA JAMES SHEBBY,

                   Plaintiff,

    v.

DERRAL ADAMS, et. al.,

                  Defendants.
_____/

1:03-CV-06487-LJO-NEW(DLB)-P

ORDER GRANTING MOTION FOR LEGAL
FORMS AND CLARIFYING MAGISTRATE'S
FINDINGS AND RECOMMENDATIONS
(Doc. 25)

ORDER DIRECTING CLERK TO SEND
FORMS TO PLAINTIFF

17      Joshua James Shebby  ("plaintiff") is a state prisoner proceeding pro se and in forma

18 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

19      On May 15, 2007, plaintiff filed a motion for the court to send him legal forms to file a

20 third amended complaint as recommended in the Magistrate's findings and recommendations of

21 May 2, 2007.  Plaintiff's motion shall be granted, and legal forms shall be mailed to him.

22 However, the Magistrate's findings and recommendations do not give plaintiff leave to file a

23 third amended complaint.  Plaintiff does not have such leave unless the District Judge adopts the

24 Magistrate's recommendations.  Plaintiff must wait until the District Judge issues an order

25 making a determination.  Until a further order is issued, plaintiff does not have permission to

26 amend the complaint.

27      The thirty-day deadline given in the Magistrate's findings and recommendations is for

28 plaintiff to file objections to the findings and recommendations.  Should plaintiff wish to file

1    objections, he must file the objections within the thirty-day deadline in compliance with the

2    findings and recommendations of May 2, 2007.

3         Accordingly IT IS HEREBY ORDERED that

4         1.    Plaintiff's motion for the court to send legal forms is GRANTED;

5         2.    The Clerk is DIRECTED to send to plaintiff forms for filing a third amended

6               complaint; and

7         3.    Plaintiff shall NOT file a third amended complaint unless he is given leave by

8               further court order.

9    IT IS SO ORDERED.

10   **Dated:   May 23, 2007**              **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28