UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JAMES SHEBBY, <br><br> Plaintiff, <br><br> v. <br><br> DERRAL ADAMS, et al., <br><br> Defendants. | 1:03-CV-6487 LJO NEW (DLB) PC <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS <br> (DOCUMENT #27) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2007, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

Dated:   **June 19, 2007**          /s/ **Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE