UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JAMES SHEBBY,<br><br>        Plaintiff,<br><br>   vs.<br><br>DERRAL ADAMS, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-06487 LJO NEW (DLB) P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 24)<br><br>**ORDER DISMISSING CERTAIN CLAIMS**<br><br>**ORDER DIRECTING CLERK TO FILE THIRD AMENDED COMPLAINT LODGED ON JULY 23, 2007** |

    Plaintiff, Joshua James Shebby ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 2, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On May 25, 2007 and July 13, 2007, respectively, plaintiff filed motions to extend time.  On June 19, 2007, the court granted

1

plaintiff an additional thirty (30) days within which to respond. On July 23, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.  Also on July 23, 2007, plaintiff lodged a third amended complaint for relief under the ADA.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 2, 2007, are ADOPTED IN FULL;

2. Plaintiff's Eighth Amendment and medical malpractice claims are DISMISSED from this action, with prejudice, for failure to state a claim upon which relief may be granted;

3. Plaintiff's claim for injunctive relief is DISMISSED for failure to state a claim;

4. Plaintiff is GRANTED leave to file a third amended complaint, limited to his ADA claim only; and,

5. The Clerk of Court is DIRECTED to file plaintiff's third amended complaint, which was lodged on July 23, 2007.

IT IS SO ORDERED.

**Dated:   August 27, 2007**                /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE